# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Yasin Villafana

2023 NOV 21   A 10: 28

COMPLAINT

(Enter above the full name of the plaintiff in this action)

Department of corrections v. Essex / Union canty
Sergeant Navarro # 2793

Civil Action No. _____

(To be supplied by the Clerk of the Court)

Officer Perez (male) Lt. Green
Disciplinary Hearing officer Zydzik, Union County Sheriff officer Papas last Name/

(Enter the full name of the defendant of defendants in this action)

---

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of   $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

---

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

    __X__    42 U.S.C. §1983 (applies to state prisoners)

    ____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_Title 18: U.S.C 241-242, 8th Amendment Use of force?_
_Offical misconduct / Malicious conduct! 10A rules enforced!_

1b.    Indicate whether you are a prisoner or other confined person as follows:

    __X__ Pretrial detainee

    ___ Civilly-committed detainee

    ___ Immigration detainee

    ___ Convicted and sentenced state prisoner

    ___ Convicted and sentenced federal prisoner

    ___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal
you have brought in a federal court while you were incarcerated or
detained in any facility, that was dismissed as frivolous or malicious, or
for failure to state a claim upon which relief may be granted. Please
note that a prisoner who has on three or more prior occasions, while
detained in any facility, brought an action or appeal in a federal court
that was dismissed as frivolous or malicious, or for failure to state a
claim upon which relief may be granted, will be denied in forma
pauperis status unless that prisoner is under imminent danger of
serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____ N | A _____

Defendant(s): _____

b.    Court and docket number: _____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief
may be granted

d.    Approximate date of filing lawsuit: _____ N | A _____

e.    Approximate date of disposition: _____ N | A _____

If there is more than one civil action or appeal, describe the additional
civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? Essex County Correctional Facility / union
County Detainee

4.    Parties

(In item (a) below, place your name in the first blank and place your
present address in the second blank. Do the same for additional
Plaintiffs, if any.)

a.    Name of plaintiff: Yasin Villafana

Address: 354 Doremus Ave

Inmate#: 227003786 SBI #548112-C

b.    First defendant:

Name: Sergeant Navarro #2793

Official position: Sergeant (First Name Unknown)

Place of employment: Essex Canty Department of Corrections

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

He forced me to miss court on 10-13-2023, Assaulted (slammed me to the ground punched me and placed his knee in my lower back close to my spin) me using excessive force & denied me access to speak to a Lieutenant about the matter (the chain of command) then wrote me a false blue sheet to cover up his action.

c.    Second defendant:

Name: (First Name Unknow male) officer Perez

Official position: Correctional officer

Place of employment: Essex Canty Correctional Facility

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

He accompanied Sergeant Navarro #2793 in using excessive force sprayed me with OC spray help slam me to the ground and was punching me in the right side of my face.

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

[d. Additional defendants Continued)]

Third defendant:

Name: Lt. Green

Official Position: Lieutenant

Place of employment: Essex County Correctional facility

How is this person involved in the case?

Lt. Green never responded to my request to speak with her about this matter and approved a blue sheet without proper investigation, thus violating my rights, and the purpose of the chain of command.

Fourth defendant:

Name: Sheriff officer Papas

Official position: Union County Sheriff

Place of employment: Union County Sheriff Department

How is this person involved in the case?

Officer papas started this situation by storing to force me to miss court.

[ d. Addition defendants Continued ]

Seventh defendant:

Name: Essex County Department of Corrections

Official Position: Housing agent Essex County Jail

Place of employment: Essex County

How is this person involved in the case?

Are just housing people without ensuring proper practices or policies are being followed. Do not train officers properly and is a cesspool, and need an internal investigation down what really goes on in here!

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

X Yes    ____No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I sought to Speak to a Supervisor was denied, ask for the Camera footage was denied, gave a statement Filed a appeal to the War was told there isn't One, Told the disciplinary officer Zydzik was ignored, filed an Internal Affairs Claim pending.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

N/A

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On 10-13-2023 I was called for Court yet was forced to miss Court because I was assaulted by Sgt. Navarro #2793 and officer Perez. At or around 7:45 am - 8:00 am I made it down stairs to intake for Court and was told by Union County Sheriff officer Papas I was

late and holding them up I state it's 8am
my court time isn't until 1:30pm how
am I late, the same also with his
partner was going back and forth
with another inmate when I first
arrived. Officer Pabas began to search
the other inmate first and then searched me,
when ask for my sneakers I gave him
my left sneaker and wanted to finish being
searched. He then ask for my other sneaker
while holding my left sole in his hand.
I ask him could he drop the sneaker back
on the floor where he took it up from
and he kept saying he took it while
holding it, "same" then stated "what army
will you serve" I told him that was
bias and it didn't want to turn around
and reach for anything because of the
high tension and could he just drop it
on the floor. He then stated "oh ya'r refusing
court, I told him I wasn't. He stated
"you want to bet" I told him he
can't force me to refuse court and
I didn't consent. This is when Sgt.
Navarro # 8743 who was sitting away
from us, yet behind us jumped out
of his seat and told me I wasn't
going to court go back to my unit,
I again state I had an important

7.    Relief

(see attachments)

(State briefly exactly what you want the Court to do for you. Make no
legal arguments. Cite no cases or statutes.)

I would like the courts to redress and remedy this
situation, investigate, demand retraining and revamping of
the Essex & Union county detaining process and fire those involve to
set proper standards, audit the pretrial detainment process

[Statement of Claims Continued]. ]                    ① of ②

court date that I could not miss, and I wasn't refusing nor consenting to miss my court! At this time I started walking back to the housing unit, with Sgt. Navarro #2793 and officer Perze (see video footage of the whole encounter). I asked to speak to a Lieutenant and this is when I was grabed by both arms Sgt. Navairro # 2793 on my left side, and officer Perze on my right and was forced down the intake hallway back towards the housing units. I was pushed through the metal detector, and I again asked for a Lieutenant and not to be grabed on for no reason. Sgt. Navarro #2793 told me No! Because he was the authority, at which point I stated in a non-threatening manner "I am not stupid I know how the change of command works, I'm not like inmates who don't know their rights, or IA you got the right one. I'm not dumb" at which point sergeant Navarro # 2793 stated "I had enough of this grab me from behind slammed me up against the glass, made a hand gesture to the female officer that was in the control center then him and officer Perez slamed me to the

Two: Did not follow any Notice to inmate Rights (which I included) except for a (24) Twenty-Four Hour Notice Allergy Violations) Three: Did not allow any review of the video footage which I asked for over and over again. four: Told me it didn't matter what I said the decision he made would have been the same no matter what I said and Five: Because the Sgt. Backed up the officer, and the Lt. Backed up the sergeant. Not to mention he is the Ex-captin of union canty Jail.

•The Essey/Union canty Department of corretions violated my right by not properly assuring proper training to their offices and staff, also by not properly investigating matters (policy and practices)); Afforded No rights to the inmates that the Disciplinary report - inmante's copy of inmate Rights Claims, and has no Appeal answering Process, nor a Wardon; So even though I filed an appeal it was Never addressed. Also this isn't the First time this has happened! An appeal would have been granted off of the fact alone that the inmate rights (Such as having evidence or a paralegal presented isn't available)! are not given. Please Remedy/Redress

(CJRA)

and Speedy Trial Clock (it been 18 months of me just Sitting. Fire the Disciplinary Hearing officer Zydzik for he is ibias and automatically took the side of the Essex County Department of Correction and follow/violated the Notice to Inmate Rights on the Back of the

C.   Disciplinary report - Inmate copy and have a inmate representative assigned to Represent Inmates! Request that any evidence or witnesses be allowed to be presented, the right to cross examina be granted, video footage be reviewed and a warden Hired to make appeals to and to stop Predetermined adjudication Please and Thanks

8.   Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of __November__ , 20_2_ _3_

_(signature)_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).