# ESSEX COUNTY
# DEPARTMENT OF CORRECTIONS

*Upgraded to Major*

## A. DISCIPLINARY REPORT - INSTITUTION'S COPY

NAME OF INMATE (Last, First) Villafana, Yasin

BOOKING No. 227002706   I.R.# 977-23   TEIR: 2BY

PROHIBITED ACT .256 Refusing to obey an order of any staff member

REPORTING OFFICER'S NAME Navarro   TITLE Sergeant

DATE 10/13/23   SIGNATURE Sgt N__ #2193

PLACE OF ALLEGED INFRACTION Level 1 Rotunda   DATE 10/13/23   TIME 0800 AM/PM

ANY IMMEDIATE SPECIAL ACTION TAKEN Placed on Pre-hearing Detention

AUTHORIZED BY LT. Green   DATE 10/13/23   TIME 0809 AM/PM

WITNESS(ES), NAME(S) AND NUMBER(S) _____

PHYSICAL EVIDENCE-DESCRIPTION AND DISPOSITION _____

DESCRIPTION OF ALLEGED INFRACTION While escorting inmate Villafana back to his unit, he became non-compliant with officer orders refusing to go back to his assigned housing area.

COPY OF THIS REPORT DELIVERED TO ABOVE INMATE BY: Sgt. _____ #___
PRINTED NAME

SIGNATURE Sgt. _____ #0960   DATE 10/13/23   TIME 0910 AM/PM

INMATE READ "USE IMMUNITY" RIGHTS   (✓) YES   ( ) NO

INMATE'S SIGNATURE _____   DATE 10/13/23   TIME 0910 AM/PM

# ESSEX COUNTY
# DEPARTMENT OF CORRECTIONS

## A. DISCIPLINARY REPORT - INSTITUTION'S COPY

NAME OF INMATE (Last, First) Villafana Yasin #227003786

BOOKING No. _____ I.R.# 9777-23  TEIR: 2B4

PROHIBITED ACT #005 Threatening another with bodily harm or with any offenses against his or her property

REPORTING OFFICER'S NAME Navarro  TITLE Sergeant

DATE 10/13/2023  SIGNATURE _____

PLACE OF ALLEGED INFRACTION Level 1 Rotunda  DATE 10/13/23  TIME 0809 AM/PM

ANY IMMEDIATE SPECIAL ACTION TAKEN PHD

AUTHORIZED BY LT Green  DATE 10/13/23  TIME 0809 AM/PM

WITNESS(ES), NAME(S) AND NUMBER(S) _____

PHYSICAL EVIDENCE-DESCRIPTION AND DISPOSITION _____

DESCRIPTION OF ALLEGED INFRACTION Inmate Villafana stated to Sergeant Navarro you got the right one and turned towards him in an aggressive manner

COPY OF THIS REPORT DELIVERED TO ABOVE INMATE BY: Sgt Lenair #096W
PRINTED NAME

SIGNATURE Sgt _____ #096W  DATE 10/13/23  TIME 0910 AM/PM

INMATE READ "USE IMMUNITY" RIGHTS  (✓) YES   ( ) NO

INMATE'S SIGNATURE _____  DATE 10/13/23  TIME 0910 AM/PM

A. DISCIPLINARY REPORT - INSTITUTION'S COPY
B. INVESTIGATION (reverse side of this sheet)

# ESSEX COUNTY
# DEPARTMENT OF CORRECTIONS

## A. DISCIPLINARY REPORT - INSTITUTION'S COPY

NAME OF INMATE (Last, First) Villafane Yasin #227003786

BOOKING No. _____ I.R.# 9777-23 TEIR: 2B4

PROHIBITED ACT .306 Conduct which disrupts or interferes with the security or orderly running of the correctional facility

REPORTING OFFICER'S NAME Navarro    TITLE Sergeant

DATE 10/13/23   SIGNATURE Sgt Navarro #2203

PLACE OF ALLEGED INFRACTION Level 1 Rotunda   DATE 10/13/23   TIME 0840 AM/PM

ANY IMMEDIATE SPECIAL ACTION TAKEN PHD

AUTHORIZED BY LT. Green   DATE 10/13/23   TIME 0900 AM/PM

WITNESS(ES), NAME(S) AND NUMBER(S) _____

PHYSICAL EVIDENCE-DESCRIPTION AND DISPOSITION _____

DESCRIPTION OF ALLEGED INFRACTION Due to inmate Villafane threats and turning toward Sgt Navarro in an aggressive manner the code alarm was sound and inmate Villafane restrained

COPY OF THIS REPORT DELIVERED TO ABOVE INMATE BY: Sgt Jenson #8960
PRINTED NAME

SIGNATURE S/t ___ #8960   DATE 10/13/23 TIME 0910 AM/PM

INMATE READ "USE IMMUNITY" RIGHTS  (✓) YES   ( ) NO

INMATE'S SIGNATURE _____   DATE 10/13/23 TIME 0914 AM/PM

A. DISCIPLINARY REPORT - INSTITUTION'S COPY
B. INVESTIGATION (reverse side of this sheet)

# ESSEX COUNTY
# DEPARTMENT OF CORRECTIONS

## D. NOTICE TO INMATE OF RIGHTS

You are being charged with a violation of [illegible]. Because of the possibility that you may be criminally prosecuted above and beyond the discipline imposed by this institution, you are entitled to be advised of the following rights:

1. You have the right to remain silent and you cannot be further interrogated should you choose not to speak. Your silence may not be used against you at the disciplinary hearing or in future criminal proceedings. However, if you choose not to speak, the case will be decided on the basis of all other evidence presented at the hearing. The Hearing Officer may consider your silence together with all the evidence.

2. You have the right to make a statement concerning the charge. This statement or any evidence derived directly or indirectly from your statement may be used against you at the disciplinary hearing but cannot be used against you in any future criminal proceedings.

YOU WILL BE GIVEN A HEARING BEFORE A DISCIPLINARY ADJUSTMENT COMMITTEE IN CONNECTION WITH THIS CHARGE. AT THE HEARING YOU WILL BE ENTITLED TO THE FOLLOWING.

1. TWENTY-FOUR (24) HOUR NOTICE OF THE ALLEGED VIOLATION.

2. AN INMATE REPRESENTATIVE IF YOU ARE UNABLE TO COLLECT AND GATHER EVIDENCE OR UNABLE TO ADEQUATELY PRESENT YOUR CASE.

3. THE RIGHT TO REQUEST WITNESSES AND PRESENT DOCUMENTARY EVIDENCE.

4. THE RIGHT TO REQUEST CONFRONTATION AND CROSS-EXAMINATION OF ADVERSE WITNESSES.

5. THE RIGHT TO A WRITTEN DECISION BY THE ADJUSTMENT COMMITTEE STATING THE EVIDENCE RELIED UPON AND THE REASON FOR THE SANCTION.

6. THE RIGHT TO APPEAL THE DECISION OF THE HEARING OFFICER OR ADJUSTMENT COMMITTEE TO THE CHIEF OF OPERATIONS.




# ESSEX COUNTY DEPARTMENT OF CORRECTIONS
## ADJUDICATION OF DISCIPLINARY CHARGE

**INMATE NAME:** Villafana (LAST NAME)   Yasin (FIRST NAME)   J. (MIDDLE)

**COMMITMENT #:** 227003786   **HOUSING LOCATION:** 2D1 223-01   **IR#:** 9777-23

**PROHIBITED ACT#:** *.005   **DESCRIPTION:** Threatening another with bodily harm or iwth any offenses

**PROHIBITED ACT#:** *.256   **DESCRIPTION:** Refusing to obey an order of any staff member.

**PROHIBITED ACT#:** *.306   **DESCRIPTION:** Conduct which disrupts or inteferes with the security or orderly

**PROHIBITED ACT#:**   **DESCRIPTION:**

**PROHIBITED ACT#:**   **DESCRIPTION:**

**PROHIBITED ACT#:**   **DESCRIPTION:**

**VIOLATION DATE:** 10/13/23   **TIME:** 08:00   **PERSON CHARGING:** Sgt. Navarro # 2793

*(handwritten left margin: "by Navarro")*

**PHD:** Yes   **WAIVED 24 HOUR NOTICE:** No   **ADVISED IMMUNITY:** Yes

**HEARING DATE:** 10/14/23   **WITHIN 7 DAYS:** Yes   **IF PHD, WITHIN 3 DAYS:** Yes

**INMATE PLEA:** GUILTY [ ]   NOT GUILTY [✓]   NO PLEA MADE [ ]

**INMATE STATEMENT:** "ITS ALL LIES" I was forced to not go to court then assualt, and no camera evidence presented at my court line hearing which was completely biased

**INMATE SIGNATURE:** X [signed]   **DATE:** 10/14/23

**HEARING IN ABSENTIA:** /   **REASON:**   **REQUEST TO APPEAL:** YES

**HEARING RESULT:** GUILTY [✓]   NOT GUILTY [X]   DISMISSED [ ]   **REASON:**

Used in support of the hearing result (check all that apply): **REPORTS** [✓]   **TESTIMONY** [✓]   **OTHER**

| *SANCTION(S) | REASON FOR SANCTION(S) |
|---|---|
| [ ] LOSS OF VISITS / CONTACT VISITS | |
| [ ] LOSS OF COMMISSARY | |
| [✓] LOSS OF PRIVILEGES (ex. Tablets) | 30 days loss of tablet 10/13/23-11/12/23 |
| [✓] DETENTION TIME  18  Days | |
| [ ] RESTITUTION  $ | |

**Prior Disciplinary Sanctions:**

**HEARING OFFICER:** Zydzik (PRINT)   [Sign]   **DATE:** 10/14/23   **TIME:** 10:30

**WARDEN OR DESIGNEE:** (PRINT)   (Sign)   DATE   TIME

*SANCTIONS CAN BE UP TO 15 DAYS DISCIPLINARY DETENTION FOR EACH CHARGE, UP TO A MAXIMUM OF 20 DAYS. SANCTIONS MAY ALSO INCLUDE LOSS OF PRIVILEGES UP TO 30 DAYS.

Revised 10-25-2022

 

# ESSEX COUNTY DEPARTMENT OF CORRECTIONS
## INMATE DISCIPLINARY SANCTION AND RELEASE

DATE: 10/14/23

IR#: 9777-23

INMATE NAME: VILLAFANA / YASIN
LAST NAME / FIRST NAME / MIDDLE

COMMITMENT #: 227003786   HOUSING LOCATION: 2D1-223-01

| SANCTION(S) | REASON FOR SANCTION(S) |
|---|---|
| ☐ LOSS OF VISITS / CONTACT VISITS | |
| ☐ LOSS OF COMMISSARY | |
| ✔ LOSS OF PRIVILEGES (ex. Tablets) | 30 days loss of tablet 10/13/23-11/12/23 |
| ✔ DETENTION TIME  18  Days | |
| ☐ RESTITUTION  $ | |

RELEASE DATE: 10/31/23

HEARING OFFICER: Zydzik   [signature]   10/14/23
PRINT / Sign / DATE

1 COPY TO HOUSING ASSIGNMENT
1 COPY TO COUNTS
1 COPY TO FILE

Revised 10-25-2022

 

# ESSEX COUNTY CORRECTIONAL FACILITY
## INMATE SERVICES BUREAU
## INMATE DISCIPLINE APPEAL FORM

I.R.# 9777-23

To: *The Office of the Warden*

From: Yasin Villafans         Commitment #: 22700 3786

Date: 10-14-2023              Housing Unit: ~~CB~~ 2D1 223

I am requesting to appeal the decision rendered at my disciplinary hearing based on:

I would like a full IA and administrative investigation into this matter along with the camera footage pull preserved and reviewd. This court law process is ousided and a deice dc evidence was allowed to be presented (such as the camera which could have showed what really happen) and I was found guilty only off of what the police wrote on their report without see attachment

Inmate Signature: X _____

I have reviewed your appeal and rendering the following decision:

☐ The disciplinary decision is upheld as the basis of the appeal is unsubstantiated.

☐ The disciplinary charges and sanction are hereby withdrawn as the disciplinary detention procedures were violated.

☐ The disciplinary sanction is being modified to _____ days.

☐ Other:

_____

Warden or Designee

Name: _____   Signature: _____   Date: _____

looking into this matter via camera, to see what really happened. I was forced to miss cort by saying I refused and I did not and when ask to speak to an L.T. was Thrown to the grown and assaulted.

ESSEX COUNTY DIVISION OF CORRECTIONS
Inmate Grievance Form

File# _____

TO: Ombudsman  Administration  ECCF

FROM: Name: Yasin Villafane #227003706   Housing Unit 201-223 B-1

Date: 10-23-2023

The response to this grievance may be appealed in writing through the Ombudsman to the Office of the Warden.

**(Notice: The Use of Obscene, Profane and or Vulgar Language shall render this Grievance Invalid)**

Type of Complaint (check one)   General ☒   Medical ☐

Please describe your complaint or Problem:

Was wondering what happened to my appeal Never heard any thing back!!!

Inmate Signature _____   Date 10-23-2023

Ombudsman's Signature _____   Date _____

### Response

_____

Name _____  Title _____  Date _____

Inmate advised of response by: _____   Date: _____

Appeal of response request: ☐ Yes   ☐ No

Ombudsman _____   Date _____

Essex County Division of Corrections
Inmate Grievance Form

To: ombudsman /IA/warden/Admin ECCF
From: Yasin Villafana #22.7003786   Housing Unit: 2D1 2235 B-1

The response to this grievance may be appealed in writing through the ombudsman to the office of the Warden. (Notice: the use of obscene, profane and or vulgar language shall render this Grievance Invalid)

Type of complaint (Check one) General ☒  Medical ☒

Please describe your complaint or problem:
I would like to speak to IA Internal Affairs A.S.A.P and would like to know when my appeal would be responded to.. I was also never Medically evaluated after being attacked on 10-13-2023 and my back lower left side feels like something bursted or erupted Please Advise Thanks! Also I need the camera footage pulled from 10-13-2023 the incident involving me!

Signature: [signed]
Dated: 10-18-2023