Yasin Villafana #227003786
SBI#548112-C
4 Doremus Ave
Nwrk, NJ. 07105



To: [CLERK]
U.S. District Court
Newark, N.J. 07101

Yasin Villafana #227003786
SBI#548112-C
4 Doremus Ave
Nwrk, N.J. 07105



To: [CLERK]
U.S. District Court
Newark, N.J. 07101

